FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 2 4 2017

JAMES N. HATTEN, Clerk
By: *L.Beck*  Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SURYA PALAGIRI,

      Plaintiff,

v.

NPC INTERNATIONAL, INC.

      Defendant.

CIVIL ACTION NO.
1:16-CV-1277-ODE

ORDER

The Court having noted on the docket [#53] that the above entitled action has been settled, this action is ADMINISTRATIVELY CLOSED subject to the right, upon good cause shown within SIXTY (60) DAYS, to reopen the action if required in the interests of justice.

SO ORDERED, this __21__ day of April, 2017.


ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE