# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SURYA PALAGIRI, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 1:16-cv-01277-ODE |
| v. ) | |
| ) | |
| NPC INTERNATIONAL, INC., d/b/a ) | |
| PIZZA HUT, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Surya Palagiri and Defendant NPC International, Inc. (collectively, the "Parties"), by and through the undersigned counsel, and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this Action.[1]

Respectfully submitted this 5th day of May, 2017.

/s/ *William J. Smith*
Louise N. Smith
Georgia Bar No. 131876
William J. Smith
Georgia Bar No. 710280
*Attorneys for Plaintiff*

---

[1] The Parties have settled this Action, and Plaintiff's portion of the settlement will compensate him in full without compromise. As a result, there is no need for judicial review of the Settlement Agreement. See Bonetti v. Embarq Mgmt. Co., 715 F. Supp. 2d 1222, 1126 & n.6 (M.D. Fla. Aug. 4, 2009).

1

SMITH LAW, LLC
3611 Braselton Highway
Suite 202
Dacula, GA 30019
T: (678) 690-5299 (Office)
T: (678) 889-2898 (Louise)
T: (678) 889-2264 (William)
F: 844-828-5615
louise@smithlaw-llc.com
william@smithlaw-llc.com

       */s/ M. Kimberly Hodges*
David P. Thatcher
Georgia Bar No. 703299
david.thatcher@ogletreedeakins.com

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Ninety One Peachtree Tower
191 Peachtree Road, N.E., Suite 4800
Atlanta, Georgia 30303
Telephone: (404) 881-1300

Audrey M. Calkins (*pro hac vice*)
Tennessee Bar No. 30093
audrey.calkins@ogletreedeakins.com

Thomas L. Henderson (*pro hac vice*)
Tennessee Bar No. 11526
thomas.henderson@ogletreedeakins.com

M. Kimberly Hodges (*pro hac vice*)
Tennessee Bar No. 20809
Kim.hodges@ogletreedeakins.com

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
International Place, Tower II
6410 Poplar Avenue, Suite 300

2

Memphis, Tennessee 38119
Telephone: (901) 767-6160

*Attorneys for Defendant*

## **FONT AND POINT CERTIFICATION**

The undersigned hereby certifies that this document was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B), NDGa.

This the 5th day of May, 2017.

                                              */s/ William J. Smith*
                                              William J. Smith
                                              Georgia Bar No. 710280
                                              *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 5th day of May, 2017, served all parties to this Action with this document via CM/ECF pursuant to LR 5.1(A)(3), NDGa.

                                            */s/ William J. Smith*_____
                                            William J. Smith
                                            Georgia Bar No. 710280
                                            *Attorney for Plaintiff*